IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO

Criminal Action No. 94-cr-00371-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CEFERINO CASTILLO-GARCIA,

    Defendant.

---

ORDER EXONERATING BOND

---

    This court has granted a government motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

    **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

    **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

    DATED: August 30, 2010.

                                        BY THE COURT:

                                        *(signature)*

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge